UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-60007-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICKY RILEY,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Appoint Defense Data Collection Expert [DE 263]. The Court has considered the motion and is otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Defendant is authorized by the Court to expend the amount of $3,800.00, for the services of Juan R. Peralta, FRP, of E-Discovery Services as a data litigation expert.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this ___ day of August 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF
CJA Administrator