UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60007-CR-SINGHAL

UNITED STATES OF AMERICA

v.

GAIL RUSS, et al.

      Defendants.
_____/

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, files this list of witnesses who may be called in the government's case-in-chief during the trial of this cause.

Jason Bowman, Florida Department of Education

Sherri Sutton Johnson, Florida Board of Nursing

Geralda Adrien

Tom Clark, Special Agent, Federal Bureau of Investigation

Cheryl Stanley

Johanah Napoleon

Cimoyne Alves

Rony Michel

Rickey Riley

Debbie Marin, Owner, Hollywood Birthing Center

Xenia McFarling, Program Director, LifeNet4Families

Ludnie Jean

1

Karen Saulong

Nneka Ihemadu

Karla Minnot

Kenneth Izuogu

Vivian Makaani

Shaunte Johnson

Dr. Donette Walker, New Jersey Board of Nursing

Mindy Gensler, New Jersey Department of Labor

Ruth Crosdale

Linda Dailey, Human Resources Consultant, VA

Eileen O'Toole, Golden Gate

Custodian, Macintosh Company

Yonah Kaplovitz, Head of Human Resources for The Grand at South Pointe

Custodian, Sunrise Senior Living

Custodian, Ascend Hospice

Custodian, Aveanna Healthcare

Custodian, Complete Care at Laurelton

Mary Cline, Forensic Accountant, Federal Bureau of Investigation

Pierre Basquin, Language Specialist, Federal Bureau of Investigation

Adam Goodrich, Cellular Analysis Survey Team, Federal Bureau of Investigation

Elizabeth Riddell, Computer Analysis and Response Team, Federal Bureau of Investigation

Jaroslaw Paduch, Digital Investigations Unit, HHS-OIG

Jorge Ramirez-Mera, Digital Investigations Unit, HHS-OIG

Alexander Perez, Digital Investigations Unit, HHS-OIG

The United States reserves the right to call additional witnesses or refrain from calling witnesses on this list, as circumstances dictate during trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: */s/ Christopher J. Clark*
CHRISTOPHER J. CLARK
ASSISTANT U.S. ATTORNEY
Florida Bar No.0588040
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9167
Fax: (305) 536-5321
Christopher.Clark@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>*/s/ Christopher J. Clark*
>CHRISTOPHER J. CLARK
>ASSISTANT U.S. ATTORNEY